[No. 32146-3-I.   Division One.   August 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL
COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01439-9, Larry E. McKeeman, J., entered January 20, 1993. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Agid, J., concurred in by Grosse and Cox, JJ.

[No. 32549-3-I.   Division One.   August 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY
LOUIS CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05892-4, Jim Bates, J., entered March 31, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 32607-4-I.   Division One.   August 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RODERICK
RIGMAIDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00910-9, John M. Darrah, J., entered April 2, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.